UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BOARD OF TRUSTEES, NATIONAL STABILIZATION )
AGREEMENT OF THE SHEET METAL INDUSTRY )
TRUST FUND, ET AL )
)
)
Plaintiffs )
)
v. ) MBD No.
) 16-mc-91202-NMG
)
)
RGT ENTERPRISES, INC. d/b/a RGT ENTERPRISES )
)
)
Defendant )
)
SOUTH SHORE BANK, )
)
Trustee. )

## JUDGMENT AGAINST TRUSTEE SOUTH SHORE BANK

This matter came before the Court on Plaintiffs' Motion to Charge Trustee South Shore Bank. It is hereby ORDERED, ADJUDGED and DECREED that judgment is entered against Trustee South Shore Bank and Plaintiffs shall recover from Trustee South Shore Bank the amount of $12,584.89 from the goods, effects and credits of Defendant in the possession of Trustee South Shore Bank.

Dated: 1/6/17

By the Court,

/s/ NMGorton
United States District Judge